STEVEN W. MYHRE
Acting United States Attorney
Nevada Attorney Bar #9365
ALEXANDRA M. MICHAEL
Asst. United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336, Fax: 702-388-6418
Alexandra.M.Michael@usdoj.gov

Plaintiff Attorney for the United States

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN CISNEROS,<br><br>　　　　　Defendant. | 2:11-cr-00423-JAD-PAL<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed December 6, 2011 (ECF NO. 1). Since that date, for approximately the past six (6) years, the Government has made diligent efforts to locate the Defendant but those attempts have been unsuccessful. As a result, the Government respectfully requests that the criminal indictment in the instant case (ECF NO. 1) be dismissed, and the case be closed.

DATED: November 8, 2017.

Good cause appearing, **IT IS ORDERED** that the criminal indictment in this case is **DISMISSED.** The Clerk of Court is instructed to **CLOSE THIS CASE.**

_____
JENNIFER A. DORSEY
U.S. District Judge
DATED: 11/9/2017

Respectfully submitted,

STEVEN MYHRE
Acting United States Attorney

　　　　　　　//s//
ALEXANDRA MICHAEL
Assistant United States Attorney

1